UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., | Case No. 24-cv-06217-JD |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| AMERICAN EQUIPMENT & REPAIR, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 58 and the order re default judgment, Dkt. No. 34, judgment is entered for plaintiffs Operating Engineers Health And Welfare Trust Fund et al. in the amount of $106,784.43, which includes unpaid contributions, liquidated damages, interest, attorneys' fees, and costs.

**IT IS SO ORDERED.**

Dated: September 23, 2025

_____
JAMES DONATO
United States District Judge